Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  22−17344−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Janita Huthchinson
    1009 Clay Street
    Woodbine, NJ 08270−2163

Social Security No.:
    xxx−xx−4641

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

      NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2022.

Dated: December 15, 2022
JAN: har

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 22-17344-ABA

Janita Huthchinson | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2

Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Janita Huthchinson, 1009 Clay Street, Woodbine, NJ 08270-2163 |
| 519714775 | + | Unifund CCR Partners, c/o Ragan & Ragan, PC, 3100 Route 138 West, Wall, NJ 07719-9020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519706523 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 21:07:12 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519764411 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519706524 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 15 2022 21:04:00 | Key Bank, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 519711381 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 21:07:15 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519774058 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2022 21:07:12 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519706525 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2022 21:07:22 | Midland Mortgage, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 519742871 | | Email/PDF: cbp@onemainfinancial.com | Dec 15 2022 21:07:11 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519706526 | | Email/PDF: cbp@onemainfinancial.com | Dec 15 2022 21:07:11 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 519706527 | | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:30 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519707384 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:21 | Synchrony Bank, c/o of PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 519706528 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:36 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Janita Huthchinson moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4