Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-17344 (ABA)

Janita Hutchinson  
1009 Clay Street  
Woodbine, NJ  08270

Monthly Payment: $1,544.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,000.00 | 02/28/2023 | $544.00 | 02/28/2023 | $1,000.00 | 03/16/2023 | $1,000.00 |
| 03/16/2023 | $544.00 | 04/17/2023 | $544.00 | 04/17/2023 | $1,000.00 | 05/16/2023 | $544.00 |
| 05/16/2023 | $1,000.00 | 06/13/2023 | $1,000.00 | 06/13/2023 | $544.00 | 07/17/2023 | $544.00 |
| 07/17/2023 | $1,000.00 | 08/15/2023 | $544.00 | 08/15/2023 | $1,000.00 | 09/18/2023 | $1,000.00 |
| 09/18/2023 | $500.00 | 10/13/2023 | $500.00 | 10/13/2023 | $1,000.00 | 11/13/2023 | $500.00 |
| 11/13/2023 | $1,000.00 | 12/12/2023 | $1,000.00 | 12/12/2023 | $500.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JANITA HUTCHINSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $4,310.00 | $0.00 | $4,310.00 |
| 1 | CAPITAL ONE BANK USA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | KEYBANK, N.A. | 24 | $9,253.00 | $1,724.93 | $7,528.07 | $1,724.93 |
| 3 | MIDFIRST BANK | 24 | $46,458.44 | $8,660.81 | $37,797.63 | $8,660.81 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,356.19 | $0.00 | $2,356.19 | $0.00 |
| 5 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | THD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 24 | $6,669.32 | $1,243.29 | $5,426.03 | $1,243.29 |
| 11 | LVNV FUNDING, LLC | 33 | $4,009.36 | $0.00 | $4,009.36 | $0.00 |
| 12 | UNIFUND CCR PARTNERS | 24 | $8,290.00 | $1,545.42 | $6,744.58 | $1,545.42 |
| 13 | CITIBANK, N.A. | 33 | $194.52 | $0.00 | $194.52 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2022 | 3.00 | $1,000.00 |
| 01/01/2023 | 57.00 | $1,544.00 |
| 10/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $17,808.00 |
| Total paid to creditors this period: | $17,484.45 |
| Undistributed Funds on Hand: | $1,356.01 |
| Arrearages: | $2,264.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**