Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-17344 (ABA)

Janita Hutchinson
1009 Clay Street
Woodbine, NJ  08270

Monthly Payment: $1,544.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2024 | $1,000.00 | 01/17/2024 | $500.00 | 02/13/2024 | $500.00 | 02/13/2024 | $1,000.00 |
| 03/18/2024 | $500.00 | 03/18/2024 | $1,000.00 | 04/12/2024 | $1,000.00 | 04/12/2024 | $500.00 |
| 05/14/2024 | $1,000.00 | 05/14/2024 | $500.00 | 06/12/2024 | $1,000.00 | 06/12/2024 | $500.00 |
| 07/12/2024 | $500.00 | 07/12/2024 | $1,000.00 | 08/12/2024 | $500.00 | 08/12/2024 | $1,000.00 |
| 09/10/2024 | $500.00 | 09/10/2024 | $1,000.00 | 10/11/2024 | $500.00 | 10/11/2024 | $1,000.00 |
| 11/13/2024 | $500.00 | 11/13/2024 | $1,000.00 | 12/16/2024 | $1,000.00 | 12/16/2024 | $500.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JANITA HUTCHINSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $4,310.00 | $0.00 | $4,310.00 |
| 1 | CAPITAL ONE BANK USA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | KEYBANK, N.A. | 24 | $9,253.00 | $3,848.39 | $5,404.61 | $1,724.93 |
| 3 | MIDFIRST BANK | 24 | $46,458.44 | $19,322.41 | $27,136.03 | $8,660.81 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,356.19 | $0.00 | $2,356.19 | $0.00 |
| 5 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | THD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 24 | $6,669.32 | $2,773.80 | $3,895.52 | $1,243.29 |
| 11 | LVNV FUNDING, LLC | 33 | $4,009.36 | $0.00 | $4,009.36 | $0.00 |
| 12 | UNIFUND CCR PARTNERS | 24 | $8,290.00 | $3,447.86 | $4,842.14 | $1,545.42 |
| 13 | CITIBANK, N.A. | 33 | $194.52 | $0.00 | $194.52 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2022 | 3.00 | $1,000.00 |
| 01/01/2023 | 57.00 | $1,544.00 |
| 10/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $18,000.00 |
| Total paid to creditors this period: | $17,484.45 |
| Undistributed Funds on Hand: | $1,350.00 |
| Arrearages: | $1,248.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**